Dennis J. Hawk (SBN 130731)
Business Law Group
3100 Donald Douglas Loop N.
Santa Monica, CA 90405
Tel: (310) 664-8000
Email: dennis@dhwk.com



IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

14-mc-643

In re Subpoena to            )    Notice of Lodging of Summary Spreadsheet and
Quadranet, Inc.              )    DMCA Notifications
                             )

Documents attached to the cd include:

1. Excel Summary Spreadsheet

2. Notices from June 14, 2014 to August 18, 2014

Executed on   August 25, 2014

_____
Dennis J. Hawk

Dennis J. Hawk (SBN 130731)
Business Law Group
3100 Donald Douglas Loop N.
Santa Monica, CA 90405
Tel: (310) 664-8000
Email: dennis@dhwk.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Subpoena to Quadranet, Inc. ) ) ) | 14-mc-643<br>Exhibit A |



LODGED
CLERK, U.S. DISTRICT COURT
AUG 2 5 2014
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ **VOLUMINOUS DOCUMENT**

☑ **CD, VIDEO, PHOTOS, OTHER, ETC.**

# AVAILABLE IN THE RECORDS SECTION OF THE CLERK'S OFFICE FOR PUBLIC VIEWING

G-114 (02/09)   VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING